**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL-____- IN RE: PROTON-PUMP INHIBITOR PRODUCT LIABILITY LITIGATION**

**AMENDED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Charles Bowers<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP | W.D. Tennessee (Memphis) | 2:16-cv-02549 | Sheryl Lipman |
| **Plaintiffs:**<br>Joey Burnett<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; KBI Sub Inc.; Zeneca Inc.; Astra USA Holdings Corporation; AstraZeneca, AB; AstraZeneca, PLC; AstraZeneca, UK Limited | S.D. Ohio (Columbus) | 2:16-cv-00894 | Michael Watson |

| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|
| **Plaintiffs:**<br>Terry Buzbee<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; KBI Sub Inc.; Zeneca Inc.; Astra USA Holdings Corporation; AstraZeneca, AB; AstraZeneca, PLC; AstraZeneca, UK Limited; Takeda Pharmaceuticals USA, Inc. (fka Takeda Pharmaceuticals North America, Inc.); Takeda Pharmaceutical Company Limited; Takeda Pharmaceuticals LLC; Takeda Pharmaceuticals International Inc.; Takeda Global Research & Development Center Inc.; Takeda California Inc. (fka Takeda San Diego Inc.); McKesson Corporation; Takeda Pharmaceuticals USA, Inc. | E.D. New York (Brooklyn) | 1:16-cv-02934 | Raymond Dearie |
| **Plaintiffs:**<br>Linda Church, Timothy Church<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; KBI Sub Inc.; Zeneca Inc.; Astra USA Holdings Corporation; AstraZeneca, AB; AstraZeneca, PLC; AstraZeneca, UK Limited | S.D. West Virginia (Bluefield) | 1:16-cv-07910 | David Farber |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Dinez Davis<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra US Inc.; AstraZeneca AB; AstraZeneca UK Limited; AstraZeneca PLC | M.D. Louisiana (Baton Rouge) | 3:16-cv-00686 | John deGravelles |
| **Plaintiffs:**<br>Richard Foster<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; AstraZeneca AB; AstraZeneca UK Limited; AstraZeneca, PLC | W.D. Missouri (Kansas City) | 4:16-cv-01106 | Unassigned (Magistrate Judge Roseann Ketchmark) |
| **Plaintiffs:**<br>Steven Goodstein<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP | D. New Jersey (Newark) | 2:16-cv-05143 | Claire Cecchi |
| **Plaintiffs:**<br>Anthony Hornfeck<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; AstraZeneca AB; AstraZeneca UK Limited; AstraZeneca, PLC; Procter & Gamble Manufacturing Company; The Procter & Gamble Company | N.D. New York | 5:16-cv-01243 | Glen Sudabby |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jackie Koon<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; KBI Sub Inc.; Zeneca Inc.; Astra USA Holdings Corporation; AstraZeneca, AB; AstraZeneca, PLC; AstraZeneca, UK Limited | D. Kansas (Kansas City) | 2:16-cv-02605 | Daniel Crabtree |
| **Plaintiffs:**<br>Harry Mason<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP | S.D. Illinois (E. St. Louis) | 3:16-cv-00493 | Staci Yandle |
| **Plaintiffs:**<br>Tagi Modicue<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; AstraZeneca AB; AstraZeneca UK Limited; AstraZeneca, PLC; Procter & Gamble Manufacturing Company; The Procter & Gamble Company | W.D. Louisiana (Lafayette) | 6:16-cv-01444 | Unassigned |
| **Plaintiffs:**<br>George Mullen<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP | E.D. New York (Brooklyn) | 1:16-cv-04801 | Nicholas Garaufis |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Isaac Ratshidaho<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Astra USA Inc.; AstraZeneca AB; AstraZeneca UK Limited; AstraZeneca, PLC: Procter & Gamble Manufacturing Company; The Procter & Gamble Company | W.D. Missouri (Springfield) | 6:16-cv-03417 | Unassigned (Magistrate Judge David Rush) |
| **Plaintiffs:**<br>LaKeisha Spratt<br><br>**Defendants:**<br>AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Pfizer Inc. | D. New Jersey (Newark) | 2:16-cv-05523 | Claire Cecchi |
| **Plaintiffs:**<br>Sharron Thomas<br><br>**Defendants:**<br>Takeda Pharmaceuticals USA, Inc.; Takeda Pharmaceuticals America, Inc.; Takeda Pharmaceuticals International, Inc.; Takeda Development Center America, Inc.; Takeda GmbH; Takeda Pharmaceutical Company Limited | E.D. California (Fresno) | 1:16-cv-1566 | Unassigned |