## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** Proton-Pump Inhibitor Litigation

**MDL No. _____**

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Transfer, Schedule of Actions and Certificate of Service were served by Email or First Class Mail on October 17, 2016 to the following:

Clerk of Court
**Southern District of Illinois**
**East St. Louis Division**
Melvin Price Federal Building and Court
750 Missouri Avenue
East St. Louis, Illinois 62201

Clerk of Court
**Western District of Missouri**
**Kansas City Division**
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 1510
Kansas City, Missouri 64106

Clerk of Court
**Western District of Tennessee**
**Memphis Division**
Clifford Davis Federal Building and Court
167 N. Main Street, Room 242
Memphis, Tennessee 38103

Clerk of Court
**District of Kansas**
**Kansas City Division**
Robert J. Dole Courthouse
500 State Avenue
Kansas City, Kansas 66101

Clerk of Court
**Eastern District of New York**
**Brooklyn Division**
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Clerk of Court
**Southern District of Ohio**
**Columbus Division**
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 121
Columbus, Ohio 43215

Clerk of Court
**District of New Jersey**
**Newark Division**
Martin Luther King Building and Court
50 Walnut Street
Newark, New Jersey 07101

Clerk of Court
**Southern District of West Virginia**
**Bluefield Division**
Elizabeth Kee Federal Building and Court
601 Federal Street, Room 2303
Bluefield, West Virginia 24701

Clerk of Court
**Western District of Missouri**
**Springfield Division**
United States Courthouse
222 North John Q. Hammons Parkway
Springfield, Missouri 65806

Clerk of Court
**Eastern District of California**
**Fresno Division**
Robert E. Coyle U.S. Courthouse
2500 Tulare Street, Room 1501
Fresno, California 93721

Clerk of Court
**Northern District of New York**
**Syracuse Division**
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

Clerk of Court
**Western District of Louisiana**
**Lafayette Division**
Lafayette Courthouse
800 Lafayette Street, Suite 2100
Lafayette, Louisiana 70501

Clerk of Court
**Middle District of Louisiana**
**Baton Rouge Division**
Russell B. Long Federal Building and Court
777 Florida Street, Suite 139
Baton Rouge, Louisiana 70801

*Charles Bowers v. AstraZeneca Pharmaceuticals LP, et al*
**W.D. Tennessee, C.A. 2:16-cv-02549**

**Served via E-mail**
Tim Edwards, Esq.
E-mail: tedwards@bbfpc.com
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, Tennessee 38103
Telephone:     (901) 525-6278
Facsimile:     (901) 525-6294
**Attorney for Plaintiff, Charles Bowers**

**Served via E-mail**
Kenneth Brian Moll, Esq.
E-mail: kmoll@molllawgroup.com
Moll Law Group
401 N. Michigan Avenue, 12th Floor
Chicago, Illinois 60611
Telephone:     (312) 462-1700
Facsimile:     (312) 339-9000
**Attorney for Plaintiff, Charles Bowers**

**Served via E-mail**
Cannon F. Allen, Esq.
E-mail: cannon.allen@arlaw.com
Adams and Reese LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
Telephone:     (901) 525-3234
Facsimile:     (901) 524-5419
**Attorney for Defendants, AstraZeneca LP
and AstraZeneca Pharmaceuticals LP**

**Served via E-mail**
Clarence A. Wilbon, Esq.
E-mail: Clarence.wilbon@arlaw.com
Adams and Reese LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
Telephone:     (901) 543-5927
Facsimile:     (901) 543-5999
**Attorney for Defendants, AstraZeneca LP
and AstraZeneca Pharmaceuticals LP**

*Joey Burnett v. AstraZeneca Pharmaceuticals LP, et al*
**S.D. Ohio, C.A. No. 2:16-cv-00894**

**Served via E-mail**
James D. Abrams, Esq.
E-mail:jabrams@taftlaw.com
David John Butler, Esq.
E-mail:dbutler@taftlaw.com
Taft Stettinius & Hollister LLP
65 E State Street, Suite 1000
Columbus, Ohio 43215
Telephone:      (614) 221-2838
Facsimile:      (614) 221-2007
**Attorneys for Plaintiff, Joey Burnett**

**Served via E-mail**
Michael A. London, Esq.
E-mail:mlondon@douglasandlondon.com
Douglas & London
59 Maiden Lane, 6th Floor
New York, New York 10038
Telephone:      (212) 566-7500
Facsimile:      (212) 566-7501
**Attorney for Plaintiff, Joey Burnett**

**Served via Regular Mail**
**AstraZeneca LP**
**AstraZeneca Pharmaceuticals LP**
**Astra USA Inc.**
**Astra USA Holdings Corporation**
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

**KBI Sub Inc.**
1 Merck Drive
P.O. Box 100
Whitehouse Station, New Jersey 08889

*Terry Buzbee v. AstraZeneca Pharmaceuticals, LP, et al*
**E.D. New York, C.A. 1:16-cv-02934**

**Served via E-mail**
Michael A. London, Esq.
E-mail:mlondon@douglasandlondon.com
Douglas & London
59 Maiden Lane, 6th Floor
New York, New York 10038
Telephone:     (212) 566-7500
Facsimile:     (212) 566-7501
**Attorney for Plaintiff, Terry Buzbee**

**Served via E-mail**
Renee Anckner Gallagher, Esq.
E-mail:rgallagher@mccarter.com
McCarter & English LLP
245 Park Avenue
New York, New York 10167
Telephone:     (212) 609-6800
**Attorney for Defendants, Astra USA
Holdings Corporation; AstraZeneca LP;
AstraZeneca Pharmaceuticals LP; Astra
USA, Inc.; Zeneca Inc.**

**Served via E-mail**
Amy K. Fisher, Esq.
E-mail: amy.fisher@icemiller.com
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
Telephone:     (317) 236-5842
Facsimile:     (317) 592-5443
**Attorney for Defendants, Astra USA,
Inc.; AstraZeneca LP; AstraZeneca
Pharmaceuticals LP**

**Served via E-mail**
Lawrence H. Cooke, III, Esq.
E-mail:  lhcooke@venable.com
Venable LLP
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone:     (212) 307-5500
Facsimile:     (212) 307-5598
**Attorney for Defendants, Takeda
California, Inc.; Takeda Global Research
& Development Center Inc.; Takeda
Pharmaceuticals LLC; Takeda
Pharmaceuticals USA Inc.; Takeda
Pharmaceuticals International Inc.;
Takeda Pharmaceutical Company
Limited**

**Served via E-mail**
Katherine Althoff, Esq.
E-mail:  katherine.althoff@icemiller.com
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
Telephone:     (317) 236-5924
Facsimile:     (317) 592-4813
**Attorney for Defendants, Astra USA,
Inc.; AstraZeneca LP; AstraZeneca
Pharmaceuticals LP**

**Served via Regular Mail**
**Takeda Development Center Americas,
Inc.**
One Takeda Parkway
Deerfield, Illinois 60015
**McKesson Corporation**
One Post Street
San Francisco, California 94104
**KBI Sub Inc.**
1 Merck Drive
P.O. Box 100
Whitehouse Station, New Jersey 08889

*Linda Church, et al v. AstraZeneca Pharmaceuticals LP, et al*
**S.D. West Virginia, C.A. 1:16-cv-07910**

**Served via E-mail**
Harry G. Deitzler, Esq.
E-mail: hgdeitzler@hpcbd.com
Hill Peterson Carper Bee & Deitzler
North Gate Business Park
500 Tracy Way
Charleston, West Virginia 25311
Telephone:     (304) 345-5667
Facsimile:     (304) 345-1519
**Attorney for Plaintiffs, Linda Church and
Timothy Church**

**Served via E-mail**
Michael A. London, Esq.
E-mail:mlondon@douglasandlondon.com
Douglas & London
59 Maiden Lane, 6th Floor
New York, New York 10038
Telephone:     (212) 566-7500
Facsimile:     (212) 566-7501
**Attorney for Plaintiffs, Linda Church and
Timothy Church**

**Served via Regular Mail**
**AstraZeneca LP**
**AstraZeneca Pharmaceuticals LP**
**Astra USA Inc.**
**Astra USA Holdings Corporation**
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

**KBI Sub Inc.**
1 Merck Drive
P.O. Box 100
Whitehouse Station, New Jersey 08889

*Dinez Davis v. AstraZeneca Pharmaceuticals LP, et al*
**M.D. Louisiana, C.A. No. 3:16-cv-00686**

| | |
|---|---|
| <u>**Served via E-mail**</u> | <u>**Served via Regular Mail**</u> |
| Darrel J. Papillion, Esq. | **AstraZeneca LP** |
| E-mail: papillion@lawbr.net | **AstraZeneca Pharmaceuticals LP** |
| Walters, Papillion, Thomas, Cillens, LLC | **Astra USA Inc.** |
| 12345 Perkins Road, Building 1 | 1800 Concord Pike |
| Baton Rouge, Louisiana 70810 | P.O. Box 15437 |
| Telephone:    (225) 236-3636 | Wilmington, Delaware 19850 |
| Facsimile:    (225) 236-3650 | |
| **Attorney for Plaintiff, Dinez Davis** | |

<u>**Served via E-mail**</u>
Paul J. Pennock, Esq.
E-mail: ppennock@weitzlux.com
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone:    (212) 558-5500
Facsimile:    (212) 363-2721
**Attorney for Plaintiff, Dinez Davis**

*Richard Foster v. AstraZeneca Pharmaceuticals LP, et al*
**W.D. Missouri, C.A. No. 4:16-cv-01106**

| | |
|---|---|
| <u>**Served via E-mail**</u> | <u>**Served via Regular Mail**</u> |
| Bradley D. Honnold, Esq. | **AstraZeneca LP** |
| E-mail: bhonnold@gohanlaw.com | **AstraZeneca Pharmaceuticals LP** |
| Goza & Honnold, LLC | **Astra USA Inc.** |
| 11181 Overbrook Road, Suite 200 | 1800 Concord Pike |
| Leawood, Kansas 66211 | P.O. Box 15437 |
| Telephone:    (913) 451-3433 | Wilmington, Delaware 19850 |
| Facsimile:    (913) 273-0509 | |
| **Attorney for Plaintiff, Richard Foster** | |

<u>**Served via E-mail**</u>
Paul J. Pennock, Esq.
E-mail: ppennock@weitzlux.com
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone:    (212) 558-5500
Facsimile:    (212) 363-2721
**Attorney for Plaintiff, Richard Foster**

*Steven Goodstein v. AstraZeneca Pharmaceuticals LP, et al*
**D. New Jersey, C.A. 2:16-cv-05143**

| | |
|---|---|
| **Served via E-mail** | **Served via Regular Mail** |
| Christopher A. Seeger | **AstraZeneca LP** |
| E-mail:cseeger@seegerweiss.com | **AstraZeneca Pharmaceuticals LP** |
| Seeger Weiss LLP | 1800 Concord Pike |
| 77 Water Street, 26th Floor | P.O. Box 15437 |
| New York, New York 10005 | Wilmington, Delaware 19850 |
| Telephone:    (212) 584-0700 | |
| Facsimile:    (212) 584-0799 | |
| **Attorney for Plaintiff, Steven Goodstein** | |

*Anthony Hornfeck v. AstraZeneca Pharmaceuticals LP, et al*
**N.D. New York, C.A. No. 5:16-cv-01243**

| | |
|---|---|
| **Served via E-mail** | **Served via Regular Mail** |
| Paul J. Pennock, Esq. | **AstraZeneca LP** |
| E-mail: ppennock@weitzlux.com | **AstraZeneca Pharmaceuticals LP** |
| Weitz & Luxenberg, P.C. | **Astra USA Inc.** |
| 700 Broadway | 1800 Concord Pike |
| New York, New York 10003 | P.O. Box 15437 |
| Telephone:    (212) 558-5500 | Wilmington, Delaware 19850 |
| Facsimile:    (212) 363-2721 | **The Procter & Gamble Company** |
| **Attorney for Plaintiff, Anthony Hornfeck** | 1 Procter & Gamble Plaza |
| | Cincinnati, Ohio 45202 |
| | **Procter & Gamble Manufacturing Company** |
| | 3875 Reservoir Road |
| | Lima, Ohio 45801 |

*Jackie Koon v. AstraZeneca Pharmaceuticals LP, et al*
**D. Kansas, C.A. 2:16-cv-02605**

**<u>Served via E-mail</u>**
Elizabeth L. Dudley, Esq.
E-mail: liz@lizdudleylaw.com
The Dudley Law Firm, LLC
23438 SW Pilot Point Road
Douglass, Kansas 67039
Telephone:     (316) 746-3969
Facsimile:     (316) 746-3922
**Attorney for Plaintiff, Jackie Koon**

**<u>Served via E-mail</u>**
Michael A. London, Esq.
E-mail:mlondon@douglasandlondon.com
Douglas & London
59 Maiden Lane, 6th Floor
New York, New York 10038
Telephone:     (212) 566-7500
Facsimile:     (212) 566-7501
**Attorney for Plaintiff, Jackie Koon**

**<u>Served via Regular Mail</u>**
**AstraZeneca LP**
**AstraZeneca Pharmaceuticals LP**
**Astra USA Inc.**
**Astra USA Holdings Corporation**
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

**KBI Sub Inc.**
1 Merck Drive
P.O. Box 100
Whitehouse Station, New Jersey 08889

*Harry Mason v. AstraZeneca Pharmaceuticals, et al*
**S.D. Illinois, C.A. No. 3:16-cv-00493**

**Served via E-mail**
Russell Wills Budd, Esq.
E-mail: rbudd@baronbudd.com
Sindhu S. Daniel
E-mail: sdaniel@baronbudd.com
Baron & Budd – Dallas
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:    (214) 521-3605
Facsimile:    (214) 520-1181
**Attorneys for Plaintiff, Harry Mason**

**Served via E-mail**
W. Mark Lanier, Esq.
E-mail: jan.manning@lanierlawfirm.com
Richard D. Meadow, Esq.
E-mail:
richard.meadow@lanierlawfirm.com
Lanier Law Firm PC
6810 FM 1960 West
P.O. Box 691448
Houston, Texas 77269
Telephone:    (713) 659-5200
Facsimile:    (713) 659-2204
**Attorneys for Plaintiff, Harry Mason**

**Served via E-mail**
John J. Driscoll, Esq.
E-mail: john@thedriscollfirm.com
Christopher J. Quinn, Esq.
E-mail: chris@thedriscollfirm.com
Philip Sholtz
E-mail: phil@thedriscollfirm.com
Driscoll Firm, P.C.
211 N. Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone:    (314) 932-3232
Facsimile:    (314) 932-3233
**Attorneys for Plaintiff, Harry Mason**

**Served via E-mail**
James J. Freebery
E-mail: jfreebery@mccarter.com
Makenzie Windfelder
E-mail: mwindfelder@mccarter.com
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Telephone:    (302) 984-6300
Facsimile:    (302) 692-0835
**Attorney for Defendants, AstraZeneca
LP; AstraZeneca Pharmaceuticals LP**

**Served via E-mail**
Bart C. Sullivan
E-mail: bsullivan@foxgalvin.com
Fox Galvin, LLC – St. Louis
Generally Admitted
One Memorial Drive, 12th Floor
St. Louis, Missouri 63102
Telephone:    (314) 588-7000
**Attorney for Defendants, AstraZeneca
LP; AstraZeneca Pharmaceuticals LP**

**Served via E-mail**
Katherine D. Althoff
E-mail: katherine.althoff@icemiller.com
Amy K. Fisher
E-mail: amy.fisher@icemiller.com
Ice Miller - Indianapolis
One American Square, Suite 2900
P.O. Box 82001
Indianapolis, Indiana 46282
Althoff Telephone:    (317) 236-5924
Fisher Telephone:    (317) 236-5842
**Attorney for Defendants, AstraZeneca
LP; AstraZeneca Pharmaceuticals LP**

*Tagi Modicue v. AstraZeneca Pharmaceuticals LP, et al*
**W.D. Louisiana, C.A. No. 6:16-cv-01444**

<u>Served via E-mail</u>
Pat C. Morrow, Esq.
E-mail: pmorrow@mmrblaw.com
Morrow, Morrow, Ryan, Bassett & Haik
324 West Landry Street
Opelousas, Louisiana 70571
Telephone:    (800) 655-4783
Facsimile:    (337) 942-5234
**Attorney for Plaintiff, Tagi Modicue**

<u>Served via E-mail</u>
Paul J. Pennock, Esq.
E-mail: ppennock@weitzlux.com
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone:    (212) 558-5500
Facsimile:    (212) 363-2721
**Attorney for Plaintiff, Tagi Modicue**

<u>Served via Regular Mail</u>
**AstraZeneca LP**
**AstraZeneca Pharmaceuticals LP**
**Astra USA Inc.**
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850
**The Procter & Gamble Company**
1 Procter & Gamble Plaza
Cincinnati, Ohio 45202
**Procter & Gamble Manufacturing Company**
3875 Reservoir Road
Lima, Ohio 45801

*George Mullen v. AstraZeneca Pharmaceuticals LP, et al*
**E.D. New York, C.A. 1:16-cv-04801**

<u>Served via E-mail</u>
Daniel Christopher Burke, Esq.
E-mail: dburke@bernlieb.com
Bernstein Liebhard, LLP
10 East 40th Street, 28th Floor
New York, New York 10016
Telephone:    (212) 779-1414
Facsimile:    (212) 779-3218
**Attorney for Plaintiff, George Mullen**

<u>Served via Regular Mail</u>
**AstraZeneca LP**
**AstraZeneca Pharmaceuticals LP**
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

*Isaac Ratshidaho v. AstraZeneca LP, et al*
**W.D. Missouri, C.A. No. 6:16-cv-03417**

**Served via E-mail**
Bradley D. Honnold, Esq.
E-mail: bhonnold@gohanlaw.com
Goza & Honnold, LLC
11181 Overbrook Road, Suite 200
Leawood, Kansas 66211
Telephone:    (913) 451-3433
Facsimile:    (913) 273-0509
**Attorney for Plaintiff, Isaac Ratshidaho**


**Served via E-mail**
Paul J. Pennock, Esq.
E-mail: ppennock@weitzlux.com
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone:    (212) 558-550
Facsimile:    (212) 363-2721
**Attorney for Plaintiff, Isaac Ratshidaho**

**Served via Regular Mail**
**AstraZeneca LP**
**AstraZeneca Pharmaceuticals LP**
**Astra USA Inc.**
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850
**The Procter & Gamble Company**
1 Procter & Gamble Plaza
Cincinnati, Ohio 45202
**Procter & Gamble Manufacturing
Company**
3875 Reservoir Road
Lima, Ohio 45801


*LaKeisha Spratt v. AstraZeneca Pharmaceuticals LP, et al*
**D. New Jersey, C.A. 2:16-cv-05523**

**Served via E-mail**
Christopher A. Seeger, Esq.
E-mail: cseeger@seegerweiss.com
Seeger Weiss LLP
77 Water Street, 26th Floor
New York, New York 10005
Telephone:    (212) 584-0700
Facsimile:    (212) 584-0799
**Attorney for Plaintiff, LaKeisha Spratt**


**Served via E-mail**
Debra M. Perry, Esq.
E-mail: dperry@mccarter.com
McCarter & English, LLP
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone:    (973) 622-4444
**Attorney for Defendants, AstraZeneca LP
and AstraZeneca Pharmaceuticals LP**

**Served via Regular Mail**
**Pfizer, Inc.**
235 East 42nd Street
New York City, New York 10017

*Sharron Thomas v. Takeda Pharmaceuticals USA, Inc., et al*
**E.D. California, C.A. No. 1:16-cv-1566**

**Served via E-mail**
Melinda D. Nokes
E-mail: mnokes@weitzlux.com
Weitz & Luxenberg, P.C.
1880 Century Park East, #700
Los Angeles, California 90067
Telephone:     (310) 247-0921
Facsimile:     (310) 786-9927
**Attorney for Plaintiff, Sharron Thomas**

**Served via E-mail**
Paul J. Pennock, Esq.
E-mail: ppennock@weitzlux.com
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone:     (212) 558-5500
Facsimile:     (212) 363-2721
**Attorney for Plaintiff, Sharron Thomas**

**Served via Regular Mail**
**Takeda Pharmaceuticals USA, Inc.**
**Takeda Pharmaceuticals America, Inc.**
**Takeda Pharmaceuticals International, Inc.**
**Takeda Development Center Americas, Inc.**
One Takeda Parkway
Deerfield, Illinois 60015

***Not Served (Foreign Defendants)***
***AstraZeneca AB;***
***AstraZeneca PLC;***
***AstraZeneca UK Limited;***
***Takeda Pharmaceutical Company Limited;***
***Takeda GmbH;***
***Zeneca Inc.***

Dated:  October 17, 2016

Respectfully Submitted,

/s/Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone: (212) 558-5549
Facsimile: (212) 344-5461
ppennock@weitzlux.com

*Counsel for Plaintiffs Dinez*
*Davis, Richard Foster, Anthony*
*Hornfeck, Tagi Modicue,*
*Isaac Ratshidaho, and Sharron*
*Thomas*