**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2757 |

## PROOF OF SERVICE

I, Christopher A. Seeger, hereby certify that on October 26, 2016 a copy of the foregoing Notice of Appearance was filed electronically via this Panel's ECF system. Notice of this filing will be served on all parties of record via CM/ECF and/or First Class Mail in accordance with the Service List below.

## SERVICE LIST

Neil D. Overholtz
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
850-202-1010
noverholtz@awkolaw.com

Paul Pennock
Weitz & Luxenberg P.C.
700 Broadway
New York, NY 10003
(212) 558-5500
ppennock@weitzlux.com

Ken Moll
Moll Law Group, Ltd.
401 N. Michigan Ave., 12th Floor
Chicago, IL 60611
(312) 462-1700
kmoll@molllawgroup.com

AstraZeneca LP
AstraZeneca Pharmaceuticals LP
Astra USA Inc.
1800 Concord Pike
P.O. Box 15437
Wilmington, Delaware 19850

The Procter & Gamble Company
1 Procter & Gamble Plaza
Cincinnati, Ohio 45202

Procter & Gamble Manufacturing Company
3875 Reservoir Road
Lima, Ohio 45801

Takeda Pharmaceuticals USA, Inc.
Takeda Pharmaceuticals America, Inc.
Takeda Pharmaceuticals International, Inc.
Takeda Development Center Americas, Inc.
One Takeda Parkway
Deerfield, Illinois 60015

**NOT SERVED – FOREIGN DEFENDANT**

AstraZeneca AB
AstraZeneca PLC
AstraZeneca UK Limited
Takeda Pharmaceutical Company Limited
Takeda GmbH

Dated: October 26, 2016   */s/ Christopher A. Seeger*
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water St. 26th Floor
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
*Attorneys for Plaintiffs Steven Goodstein and LaKeisha Spratt*