BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2757 |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO TRANSFER**

Pursuant to Rule 6.3 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Pfizer Inc. ("Pfizer") respectfully requests a brief extension of time to submit its brief in response to the Motion For Transfer Of Actions To The United States District Court For The Middle District Of Louisiana Pursuant To 28 U.S.C. § 1407 And JPML 7.2 For Coordinated And Consolidated Pretrial Proceedings.  (ECF No. 1.)  Pfizer has only been served in one of the underlying actions subject to the motion to transfer – the *Spratt* case pending in the U.S. District Court for the District of New Jersey – and Pfizer was not served with the Complaint in that action until October 21, 2016, four days *after* the motion to transfer was filed. As a result, Pfizer has not had an opportunity to fully evaluate the motion to transfer.  Pfizer therefore requests one additional week – until November 15, 2016 – to submit a short brief on the MDL issue.

Dated:  November 4, 2016         Respectfully submitted,

s/ John H. Beisner
John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

*Attorney for Pfizer Inc.*