BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2757 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties in the following case electronically on November 4, 2016:

| *Spratt v. AstraZeneca Pharmaceuticals LP* <br> **U.S. District Court for the District of New Jersey, Case No. 2:16-cv-05523** ||
|---|---|
| Christopher A. Seeger <br> Seeger Weiss LLP <br> 77 Water Street, 26th Floor <br> New York, NY 10005 <br> Phone: (212) 584-0700 <br> Fax: (212) 584-0799 <br> Email: cseeger@seegerweiss.com <br> *Counsel for Plaintiff Lakeisha Spratt* | Debra M. Perry <br> McCarter & English, LLP <br> 4 Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Phone: (973) 622-4444 <br> Email: dperry@mccarter.com <br> *Counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP* |

/s/ Brian Baggetta
*Attorney for Defendant Pfizer Inc.*